UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY,

        Plaintiffs,

v.                                      Case No: 0:11-CV-60042-JEM

SOUTH FLORIDA HOSPITALITY, INC.,
a Florida corporation,

        Defendant
_____/

## MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiff, Owen Harty by and through his undersigned attorney, respectfully shows:

1. That he is the Plaintiff in the above styled cause and that on or about September 27, 2011, he recovered a Judgment against Defendant, South Florida Hospitality, Inc., in the principal sum of thirteen thousand, seven hundred, ninety and 00/100 ($13,790.00) dollars together with interest thereon at the legal rate from the date of the Judgment, until paid. The entire amount remains unpaid.

2. Plaintiffs do not believe that Defendant, South Florida Hospitality, Inc., has in its possession visible property on which a levy can be made sufficient to satisfy said Judgment.

3. That Wells Fargo Bank, N.A., 420 Montgomery St., San Francisco, Ca., r/a Corporation Service Company, 1201 S. Hayes St., Tallahassee, Fl. 32310, holds money or other property owed or belonging to Defendant, South Florida Hospitality, Inc.

WHEREFORE, Plaintiffs, move for the issuance of a Writ of Garnishment, commanding the aforesaid Wells Fargo Bank, N.A. to appear and answer according to law in such cases made and provided.

THOMAS B. BACON, P.A.
By: /s/ *Philip Michael Cullen, III, Esq.,*
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (945) 462-0600
Facsimile: (954) 462-1717
E-mail: cullen@thomasbaconlaw.com