

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY,

                Plaintiff,

v.                           Case No: 0:11-CV-60042-JEM

SOUTH FLORIDA HOSPITALITY,

                Defendant
_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA**

To All and Singular the Sheriffs of the State:

      **YOU ARE COMMANDED** to summon Garnishee, Wells Fargo Bank, N.A., 420 Montgomery St., San Francisco, Ca., r/a Corporation Service Company, 1201 S. Hayes St., Tallahassee, Fl. 32310, to serve an answer to this Writ on **Philip Michael Cullen, III, attorney for Plaintiff, 621 South Federal Highway, Suite Four, Fort Lauderdale, Florida, 33301,** within twenty (20) days after the service on the Garnishee, exclusive of the day of service and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, South Florida Hospitality, Inc., at the time of the answer or was indebted at the time of the service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of South Florida Hospitality, Inc., the Garnishee has in it's possession or control at the time of the answer, or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to South Florida Hospitality, Inc., who may have any of the property of South Florida Hospitality, Inc., in their possession or control. The

amount set in Plaintiff's, motion is Thirteen thousand, seven hundred, ninety and 00/100 ($13,790.00) dollars together with interest thereon at the legal rate from the date of the Judgment, until paid.

WITNESS my hand and seal of this Court on this 30th day of January, 2012.

*/s/ M. Buck*
Deputy Clerk
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-60042-CIV-MARTINEZ-MCALILEY

OWEN HARTY, Individually,

    Plaintiff,

vs.

SOUTH FLORIDA HOSPITALITY
INVESTMENTS, INC., a Florida corporation,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Judgment After Default (D.E. No. 13).

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant South Florida Hospitality Investments, Inc. for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant South Florida Hospitality Investments, Inc. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED in part and DENIED in part**. Judgment is hereby entered in favor of Plaintiff OWEN HARTY, Individually and against Defendant SOUTH FLORIDA HOSPITALITY INVESTMENTS, INC., a Florida corporation. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant attorney's fees and costs in the

amount of $13,790.00.[1] For which sum let execution issue. It is further

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of September, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record

---

[1] Plaintiff has failed to provide sufficient documentation/support for certain fees and costs including paralegal fees in the amount of $483.00, costs in the amount of $498.25 and re-inspection fee of $750.00. These amounts were not included in the default final judgment amount.