UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-CV-60042-JEM

OWEN HARTY,

    Plaintiff,

v.

SOUTH FLORIDA HOSPITALITY,

    Defendant,

v.

WELLS FARGO BANK, N.A., SUCCESSOR IN
INTEREST TO WACHOVIA BANK, N.A.

    Garnishee.
_____/

## ANSWER OF GARNISHEE
## AND
## DEMAND FOR GARNISHMENT DEPOSIT

    COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, if any, the **Garnishee was not indebted to Defendant(s)**, "South Florida Hospitality, Inc.".

    2. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of this Answer, and knows of

WF 13838312

no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

3. The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by Florida Statute Section 77.28.

## DEMAND FOR GARNISHMENT DEPOSIT

The Clerk will please pay to the undersigned the $100.00 garnishment deposit required by Section 77.28 *Florida Statutes,* in the above-styled cause.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and, (2) that copy hereof has been furnished to those addresses listed on the attached Service List by U.S. mail on February 15, 2012.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

WF 13838312

SERVICE LIST

Philip Michael Cullen, III, Esq.
621 South Federal Hwy Ste 4
Fort Lauderdale, FL 33301

WF 13838312

# WELLS FARGO BANK, N.A.

To all Clerks of the County Courts and Circuit Courts of the State of Florida and to all Clerks of the United States District Courts:

Re: Payment of the $100 Statutory Deposit
<u>to Garnishee for its Attorneys Fee</u>

Ladies / Gentlemen:

Please pay the $100.00 garnishment deposit which, pursuant to Chapter 77, Florida Statutes, is due to Well Fargo Bank, N.A., as Garnishee, based on its demand therefor, directly to our attorneys:

John B. Kent, Esquire
Marks Gray, P.A.
1200 Riverplace Boulevard, Suite 800
Jacksonville, Florida 32207

Taxpayer Identification Number: 59-1514046

We appreciate your cooperation.

Sincerely yours,

Sonia Faw
Legal Order Processing Department
Wells Fargo Bank