UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-60042-JEM

OWEN HARTY,

    Plaintiff/Garnishor,

vs.

SOUTH FLORIDA HOSPITALITY
INVESTMENTS, INC.,

    Defendant,

and

CAPITAL BANK, N.A.,

    Garnishee.

_____/

**GARNISHEE, CAPITAL BANK, N.A.'S ANSWER TO WRIT OF GARNISHMENT AND DEMAND FOR GARNISHMENT DEPOSIT**

    Garnishee, Capital Bank, N.A., ("Capital Bank" or "Garnishee"), hereby answers the Writ of Garnishment served on it on October 5, 2012 (the "Writ") in the above styled action and states as follows:

    1.    At the time Garnishee was served with the Writ and at the time of filing this Answer, and in between such times, Garnishee was indebted to the Defendant, "South Florida Hospitality Investments, Inc." (the "Defendant") in the amount of $32,294.12 by virtue of that certain deposit account #xxxxxxxx7007.[1] Accordingly, Garnishee has frozen double the amount

---

[1] In the Motion for Writ of Garnishment and the Writ itself, the Defendant is described as "South Florida Hospitality, Inc.," though a review of the docket in this case indicates that the Defendant is "South Florida Hospitality Investments, Inc." Garnishee has confirmed with counsel for Plaintiff that the omission of the word "Investments" from the name of the Defendant was inadvertent and that the Writ applies to South Florida Hospitality Investments, Inc., not South Florida Hospitality, Inc.

{M0443828.1}

of the Judgment or $27,580.00 and such sum shall remain frozen pending further order of this Court.

2. Garnishee does not have and did not have at the time it was served with the Writ, or at the time of service of this answer, or at any time there between, in its possession, custody, or control, of any other tangible or intangible personal property of the Defendant.

3. Garnishee does not have any knowledge of any person indebted to Defendant who may be in possession or control of any property belonging to Defendant or who has, or appears to have, an ownership interest in any property of Defendant(s).

4. Garnishee has retained the undersigned attorneys and is obligated to pay them a reasonable fee for the services rendered herein. Garnishee is entitled to recover, and hereby demands, its costs and reasonable attorney's fees as set forth in Fla. Stat. § 77.28.

## DEMAND FOR GARNISHMENT DEPOSIT

The undersigned hereby requests that the Clerk remit payment in the amount of $100.00, representing the garnishment deposit, payable to the undersigned law firm, Jones Walker, LLP.

>Jones, Walker, Waechter, Poitevent, Carrere, & Denegre, LLP
>Counsel for Garnishee, Capital Bank, N.A.
>201 South Biscayne Blvd, Suite 2600
>Miami, FL  33131
>Tel.  (305) 679-5700
>Fax  (305) 670-5710
>Primary E-mail: jyoung@joneswalker.com
>Secondary email: miamiservice@joneswalker.com
>
>By:   /s/ *Joshua E. Young*
>      Joshua E. Young, Esq.
>      Fla. Bar No. 0016305

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 5, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, at which time all parties authorized to receive Notices of Electronic Filing were served.

                By: */s/ Joshua E. Young*
                    Joshua E. Young, Esq.