UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OWEN HARTY,

    Plaintiff,

Case No: 0:11-cv-60042-JEM

v.

SOUTH FLORIDA HOSPITALITY
INVESTMENTS, INC.,

    Defendant,

and

CAPITAL BANK, N.A.,

    Garnishee,

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AGAINST GARNISHEE**

Plaintiff, Owen Harty, through counsel, moves this Court for entry of judgment against Garnishee, Capital Bank, N.A., and in support thereof, would show the Court:

1. On or about September 27, 2011, Plaintiff recovered a Judgment against Defendant, South Florida Hospitality, Inc., in the principal sum of thirteen thousand, seven hundred, ninety and 00/100 ($13,790.00) dollars together with interest thereon at the legal rate from the date of the Judgment, until paid [D.E. 18].

2. Subsequently, the Plaintiff obtained a writ of garnishment directed to Capital Bank, N.A., as garnishee [D.E. 20]. The latter answered admitting indebtedness to the Defendant in the amount of $32,294,12 [D.E. 30].

3. The Plaintiff duly served the required notice on the Defendant on October 7, 2012 [D.E. 32].

4. More than twenty (20) days have elapsed since the service of that notice. The Defendant has taken no action. Thus, the Plaintiff is entitled to entry of judgment against the

garnishee.

      5. Garnishee is entitled to the statutory garnishee fee.

      6. A proposed final judgment is filed with this motion.

**WHEREFORE**, Plaintiff moves for entry of judgment against garnishee in the amount of thirteen thousand, seven hundred, ninety and 00/100 ($13,790.00) dollars

*s/Philip Michael Cullen, III*
Fla. Bar No: 167853
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: cullen@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on November 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

**I FURTHER CERTIFY** that on the same date, I furnished a copy of the foregoing by U.S. Mail to:

South Florida Hospitality, Investments, Inc.
1595 W. Oakland Park Blvd.
Fort Lauderdale, Florida

*/s/Philip Michael Cullen, III, Esq.*