UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-60042-CIV-MARTINEZ-MCALILEY**

OWEN HARTY, Individually,

    Plaintiff,

vs.

SOUTH FLORIDA HOSPITALITY
INVESTMENTS, INC., a Florida corporation,

    Defendant.
_____/

## FINAL JUDGMENT AGAINST GARNISHEE

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Judgment Against Garnishee, Capital Bank, N.A. **(D.E. No. 36)**. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion for Entry of Judgment Against Garnishee, Capital Bank, N.A. **(D.E. No. 36)**. Plaintiff, Owen Harty, shall recover judgment against Garnishee, Capital Bank, N.A., in the principal sum of $13,790.00 together with interest thereon at the legal rate from the date of this Judgment until paid. For which sum let execution issue.

2. The Clerk is directed to pay the statutory garnishee fee to Jones Walker, LLP, on behalf of Capital Bank, N.A.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of November, 2012.

                                    JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record